**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** a national banking association, )<br><br>           Plaintiff, )<br><br>   -vs- )<br><br>**DE'COR CONSTRUCTION, INC.** an Illinois corporation, and **ROBERT OLSZWESKI,** )<br><br>         Defendants. ) | FILED: AUGUST 25, 2008<br>08CV4828<br>JUDGE NORGLE<br>MAGISTRATE JUDGE KEYS<br>No.YM |

## <u>COMPLAINT</u>

Plaintiff, Wells Fargo Bank, N.A., by its undersigned attorneys, and as its Complaint against the Defendants, alleges and states that:

### <u>Parties</u>

1.    The Plaintiff, Wells Fargo Bank, N.A., is a national banking association with its principal place of business located at 100 East Wisconsin Avenue, Suite 1400, Milwaukee, WI 53202.

2.    Defendant, De'Cor Construction, Inc., ("De'Cor") is an Illinois corporation with a principal place of business located, upon information and belief, at 360 Dublin Road, Bloomingdale, IL 60108.

3.    Defendant, Robert Olszweski ("Olszweski") is an adult individual who, upon information and belief, resides at 188 Jackson Lane, Bloomingdale, IL 60108.

## Jurisdiction and Venue

4.      This court has jurisdiction of the subject matter of this action under 28 U.S.C. §1332(a)(1), in that the Plaintiff and Defendants are citizens of different states and, as more fully described below, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00

5.      Venue is proper in this Court under 28 U.S.C. §1391(a)(1) in that the all of the Defendants reside in this District.

## Background Allegations

6.      On or about October 19, 2007, the Milwaukee County, Wisconsin, Circuit Court entered an Order for Immediate Possession of Collateral in the case of *Wells Fargo Bank, N.A. v. Great Lakes Building Materials, Inc. et al.* case number 07-CV-12651 (the "Order").  A copy of the Order is attached hereto and incorporated by reference as Exhibit "A".

7.      Pursuant to the terms of the Order, Plaintiff was granted the right to immediate possession of certain collateral pledged to it by Great Lakes Building Materials, Inc. ("Great Lakes") including, but not limited to, accounts.

8.      By virtue of the Order, Plaintiff is entitled to collect the accounts receivable of Great Lakes, including, but not limited to the receivable at issue in this lawsuit.

## COUNT I:  BREACH OF CONTRACT

9.      Plaintiff hereby realleges and restates paragraphs 1 through 8 above as if fully set forth at length herein.

10.      Upon information and belief, Great Lakes provided to De'Cor certain goods and services on terms agreed upon by the parties.

2

11.    Great Lakes performed all of its obligations under the terms of the parties' agreement.

12.    De'Cor has failed to comply with the terms of the parties' agreement by failing to remit payment full to Great Lakes for the goods and services provided by Great Lakes to De'Cor.

13.    There is currently due and owing to Great Lakes from De'Cor the principal sum of $125,101.68.

WHEREFORE, Plaintiff Wells Fargo Bank, N.A. respectfully requests judgment against Defendant De'Cor Construction, Inc., as follows:

(a)    Awarding Plaintiff compensatory damages in the amount of $125,101.68, with prejudgment interest on said amount from the date of the applicable invoices through the date of judgment;

(b)    Awarding interest on such judgment from the date of the judgment until paid;

(c)    Awarding Plaintiff its costs of suit and attorneys' fees to the extent permitted under applicable law; and

(d)    Granting Plaintiff such other and further relief as justice and equity may require.

## COUNT II:  ACCOUNT STATED

14.    Plaintiff hereby realleges and restates paragraphs 1 through 13 above as if fully set forth at length herein.

15.    Between May 25, 2007 and October 17, 2007, De'Cor ordered and Plaintiff shipped to De'Cor, construction materials, as evidenced by the Statement attached hereto as Exhibit B.

16.    Despite Plaintiff's repeated demands for payment of the invoices, De'Cor has failed and refused to pay the sum of $125,101.68 for such materials sold and delivered to De'Cor at its special instance and request.

3

17.     On information and belief, De'Cor did not timely contest or question any part of said invoices.

18.     Great Lakes has substantially performed all of its obligations to De'Cor with respect to the subject goods.

19.     De'Cor's failure to pay has damaged Plaintiff in the sum of $125,101.68, together with prejudgment interest thereon.

20.     De'Cor's failure to pay for the foregoing goods and its failure to timely dispute the amounts claimed due at the time they were billed constitutes an account stated.

WHEREFORE, Plaintiff Wells Fargo Bank, N.A. respectfully requests judgment against Defendant De'Cor Construction, Inc., as follows:

(a)     Awarding Plaintiff compensatory damages in the amount of $125,101.68, with prejudgment interest on said amount from the date of the applicable invoices through the date of judgment;

(b)     Awarding interest on such judgment from the date of the judgment until paid;

(c)     Awarding Plaintiff its costs of suit and attorneys' fees to the extent permitted under applicable law; and

(d)     Granting Plaintiff such other and further relief as justice and equity may require.

## COUNT III: GUARANTY

21.     Plaintiff restates and realleges paragraphs 1-13 as if fully set forth at length herein.

22.     On or about August 7, 2006, Olszweski executed in favor of Great Lakes a guarantee, personally guaranteeing payment of all sums due Great Lakes from De'Cor.  A copy of the Application for Credit and Credit Agreement is attached hereto and incorporated by reference as Exhibit "C".

23.    Olszweski's guarantee, as referenced in the preceding paragraph, is in default because, *inter alia*, Olszweski has failed to pay the obligations due Great Lakes from De'Cor when and as due.

24.    There is currently due and owing to Great Lakes from Olszweski the principal sum of $125,101.68.

WHEREFORE, Plaintiff Wells Fargo Bank, N.A. respectfully requests judgment against Defendant Robert Olszweski as follows:

(e)    Awarding Plaintiff compensatory damages in the amount of $125,101.68, with prejudgment interest on said amount from the date of the applicable invoices through the date of judgment;

(f)    Awarding interest on such judgment from the date of the judgment until paid;

(g)    Awarding Plaintiff its costs of suit and attorneys' fees to the extent permitted under applicable law; and

(h)    Granting Plaintiff such other and further relief as justice and equity may require.


**WELLS FARGO BANK, N.A.**


By:  //s// Marc W. O'Brien_____
        One of its attorneys



Marc W. O'Brien (ARDC#6188500)
David A. Shapiro
Bronson & Kahn LLC
150 North Wacker Drive
Suite 1400
Chicago, Illinois  60606

# EXHIBIT A

STATE OF WISCONSIN    CIRCUIT COURT    MILWAUKEE COUNTY

WELLS FARGO BANK, N. A.,
acting through its Wells Fargo Business
Credit operating division
100 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
]
　　　　　　Plaintiff,

vs.

GREAT LAKES BUILDING MATERIALS, INC.,
1960 Bucktail Lane
Sugar Grove, IL 60554

RICHARD CATRAMBONE
10756 Wentworth Drive
Naperville, IL 60564-8132

SUMMIT TRUCK LEASING
10756 Wentworth Drive
Naperville, IL 60564-8132

LORAINE CATRAMBONE
10756 Wentworth Drive
Naperville, IL 60564-8132

　　　　　　Defendants.

Case No.
Case Code: 30301
Other:  30303



FILED
OCT 19 2007
JOHN BARRETT
Clerk of Circuit Court

---

## ORDER FOR IMMEDIATE POSSESSION OF COLLATERAL

---

The above entitled matter having come before the Court pursuant to an Motion for Immediate Possession of Collateral of Wells Fargo Bank, N.A. ("WFBC") dated October ____, 2007; the Court having considered the accompanying Affidavit of Brian T. Sprink, Vice President and the files and records herein; and being first duly advised in the premises;

NOW, THEREFORE, on Motion of Howard, Solochek & Weber, S.C. and pursuant to Sections 409.601 – 409.628, Stats. and Chapter 810, Stats.

IT IS HEREBY ORDERED that:

That WFBC is entitled to the following collateral:    the Collateral as described in the Credit and Security Agreement Exhibit 1 attached to Plaintiff's Complaint including but not limited to all of its accounts, contract rights, instruments, chattel paper, inventory, equipment, general intangibles, and all other property specifically named, whether then owned or thereafter acquired.

The collateral is located at 1960 Bucktail Lane, Sugar Grove, IL 60554 and 7701 Blivin Street, Spring Grove, IL, 60081, and with third parties.

IT IS FURTHER ORDERED that Great Lakes Building Materials, Inc. ("Great Lakes") shall not dispose of or use any of the Collateral of WFBC including but not limited to the Accounts, proceeds from Accounts and cash (the "Funds").  Third parties holding or controlling the Collateral of WFBC and the Funds shall submit the same to WFBC or hold any Funds and Collateral pending further Order of this Court.

IT IS FURTHER ORDERED that if necessary the Sheriff, US Marshall or other appropriate officer or official of Kane County, Illinois and/or McHenry County shall take the property described in the Complaint from the Defendant Great Lakes Building Materials, Inc. or such persons as are acting on behalf of, in concert with, or under the control of Great Lakes Building Materials, Inc. and deliver possession thereof to WFBC, all without bond or other indemnity.

Dated at Milwaukee, Wisconsin this 19th day of October, 2007.

BY THE COURT:

TIMOTHY G. DUGAN
_____
Honorable Timothy G. Dugan
Circuit Court Judge

# EXHIBIT B

# GLBM
## Great Lakes Building Materials

**Statement**

P.O. Box 1339
Sugar Grove, IL 60554-1339
Phone: (630)-466-4143

Statement Date:  06/22/08

Sold-To:  DE'COR Construction
360 Dublin Road
Bloomingdale, IL 60108

Page  1 of  4

| ACCT#: DEC | | PHONE#: (630)-295-9680 | | | FAX#: (630)-295-9682 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **INVOICE DATE** | **INVOICE NUMBER** | **TYPE** | **GROSS AMOUNT** | **DISCOUNT DATE** | **DISCOUNT AMOUNT** | **PAYMENT** | **NET AMOUNT** |
| Ship-to: DE'COR Construction, 360 Dublin Road Bloomingdale, IL 60108 GLBM | | | | | | | |
| 10/11/07 | 00028907-001 | INVOICE | 2983.59 | | | 0.00 | 2983.59 |
| | SUB-TOTAL | | 2983.59 | | | | 2983.59 |
| Ship-to: DE'COR Construction, Gilberts Town Center SFR Gilberts, IL GLBM | | | | | | | |
| 07/12/07 | 00028154-001 | INVOICE | 3460.23 | | | 0.00 | 3460.23 |
| 07/30/07 | 00028320-001 | INVOICE | 3119.69 | | | 0.00 | 3119.69 |
| 09/10/07 | 00028665-001 | INVOICE | 3151.39 | | | 0.00 | 3151.39 |
| 09/26/07 | 00028797-001 | INVOICE | 1555.25 | | | 0.00 | 1555.25 |
| | SUB-TOTAL | | 11286.56 | | | | 11286.56 |
| Ship-to: DE'COR Construction, Impressions @ The Streams Plainfield, IL GLBM | | | | | | | |
| 05/25/07 | 00027493-004 | INVOICE | 63.90 | | | 0.00 | 63.90 |
| | SUB-TOTAL | | 63.90 | | | | 63.90 |
| Ship-to: DE'COR Construction, Georgetown of Wood Dale Wood Dale, IL GLBM | | | | | | | |
| 07/25/07 | 00028289-001 | INVOICE | 2781.92 | | | 0.00 | 2781.92 |
| | SUB-TOTAL | | 2781.92 | | | | 2781.92 |
| Ship-to: DE'COR Construction, Cornell Commons Palatine, IL GLBM | | | | | | | |
| 10/17/07 | 00028938-001 | INVOICE | 2516.41 | | | 0.00 | 2516.41 |
| | SUB-TOTAL | | 2516.41 | | | | 2516.41 |
| Ship-to: DE'COR Construction, Reserve of St Charles | | | | | | | |

# GLBM
GLBM

## Great Lakes Building Materials

Case 1:08-cv-04828    Document 1    Filed 08/25/2008    Page 11 of 17

**Statement**

P.O. Box 1339
Sugar Grove, IL 60554-1339
Phone: (630)-466-4143

Statement Date:  06/22/08

Sold-To:  DE'COR Construction
          360 Dublin Road
          Bloomingdale, IL 60108

Page  2 of  4

| ACCT#: DEC | PHONE#: (630)-295-9680 | | | FAX#: (630)-295-9682 | | | |
|---|---|---|---|---|---|---|---|
| **INVOICE DATE** | **INVOICE NUMBER** | **TYPE** | **GROSS AMOUNT** | **DISCOUNT DATE** | **DISCOUNT AMOUNT** | **PAYMENT** | **NET AMOUNT** |
| St Charles, IL GLBM | | | | | | | |
| 08/31/07 | 00028616-001 ✔ | INVOICE | 4114.92 | | | 0.00 | 4114.92 |
| | SUB-TOTAL | | 4114.92 | | | | 4114.92 |
| Ship-to: DE'COR Construction, Tuscan Woods | | | | | | | |
| Elgin, IL GLBM | | | | | | | |
| 08/16/07 | 00028461-001 ✔ | INVOICE | 4295.88 | | | 0.00 | 4295.88 |
| SPRINGGR | | | | | | | |
| 10/09/07 | 00100258-001 ✔ | INVOICE | 4262.34 | | | 0.00 | 4262.34 |
| | SUB-TOTAL | | 8558.22 | | | | 8558.22 |
| Ship-to: DE'COR Construction, The Reserve of Cedar Creek | | | | | | | |
| Joliet, IL GLBM | | | | | | | |
| 09/13/07 | 00028688-001 ✔ | INVOICE | 4021.12 | | | 0.00 | 4021.12 |
| 09/17/07 | 00028716-001 ✔ | INVOICE | 2511.99 | | | 0.00 | 2511.99 |
| 09/21/07 | 00028740-002 ✔ | INVOICE | 3698.56 | | | 0.00 | 3698.56 |
| 09/25/07 | 00028756-002 ✔ | INVOICE | 2422.41 | | | 0.00 | 2422.41 |
| 09/26/07 | 00028763-001 ✔ | INVOICE | 1998.06 | | | 0.00 | 1998.06 |
| 10/01/07 | 00028815-001 | INVOICE | 2273.16 | | | 0.00 | 2273.16 |
| | SUB-TOTAL | | 16925.30 | | | | 16925.30 |
| Ship-to: DE'COR Construction, Talamore Hartford | | | | | | | |
| Huntley, IL SPRINGGR | | | | | | | |
| 07/30/07 | 00099865-001 ✔ | INVOICE | 4940.91 | | | 0.00 | 4940.91 |
| 08/31/07 | 00100057-001 | INVOICE | 5122.77 | | | 0.00 | 5122.77 |
| 09/10/07 | 00100079-001 ✔ | INVOICE | 5127.29 | | | 0.00 | 5127.29 |
| 09/14/07 | 00100142-001 | INVOICE | 4495.47 | | | 0.00 | 4495.47 |
| | SUB-TOTAL | | 19686.44 | | | | 19686.44 |
| Ship-to: DE'COR Construction, The Villas of Cedar Creek | | | | | | | |
| Joliet, IL GLBM | | | | | | | |

# GLBM
## Great Lakes Building Materials

**Statement**

P.O. Box 1339
Sugar Grove, IL  60554-1339
Phone: (630)-466-4143

Statement Date:  06/22/08

Sold-To:  DE'COR Construction
360 Dublin Road
Bloomingdale, IL 60108

Page  3 of  4

| ACCT#: DEC | | PHONE#: (630) 295-9680 | | | FAX#: (630) 295-9682 | | |

| INVOICE DATE | INVOICE NUMBER | TYPE | GROSS AMOUNT | DISCOUNT DATE | DISCOUNT AMOUNT | PAYMENT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/22/07 | 00028496-002 | INVOICE | 3677.76 | | | 0.00 | 3677.76 |
| 10/08/07 | 00028871-002 | INVOICE | 1720.26 | | | 0.00 | 1720.26 |
| 10/10/07 | 00028882-001 | INVOICE | 1788.93 | | | 0.00 | 1788.93 |
| 10/15/07 | 00028917-001 | INVOICE | 2497.22 | | | 0.00 | 2497.22 |
| | | SUB-TOTAL | 9684.17 | | | | 9684.17 |

Ship-to: DE'COR Construction, Shadow Hill
Elgin, IL
GLBM

| INVOICE DATE | INVOICE NUMBER | TYPE | GROSS AMOUNT | DISCOUNT DATE | DISCOUNT AMOUNT | PAYMENT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/24/07 | 00028465-002 | INVOICE | 3987.25 | | | 0.00 | 3987.25 |
| 08/17/07 | 00028482-001 | INVOICE | 3682.58 | | | 0.00 | 3682.58 |
| 09/14/07 | 00028677-002 | INVOICE | 3360.06 | | | 0.00 | 3360.06 |
| 09/18/07 | 00028704-003 | INVOICE | 2575.40 | | | 0.00 | 2575.40 |
| 09/17/07 | 00028718-001 | INVOICE | 2334.42 | | | 0.00 | 2334.42 |
| 09/19/07 | 00028727-001 | INVOICE | 2653.28 | | | 0.00 | 2653.28 |
| 09/26/07 | 00028728-002 | INVOICE | 2413.51 | | | 0.00 | 2413.51 |
| 10/03/07 | 00028764-002 | INVOICE | 2764.19 | | | 0.00 | 2764.19 |
| 10/02/07 | 00028801-003 | INVOICE | 3771.08 | | | 0.00 | 3771.08 |
| 10/03/07 | 00028832-002 | INVOICE | 4072.95 | | | 0.00 | 4072.95 |
| 10/09/07 | 00028883-002 | INVOICE | 3284.99 | | | 0.00 | 3284.99 |
| SPRINGGR | | | | | | | |
| 09/07/07 | 00100083-002 | INVOICE | 3691.60 | | | 0.00 | 3691.60 |
| | | SUB-TOTAL | 38591.31 | | | | 38591.31 |

Ship-to: DE'COR Construction, Fields at Stone Mill Farm
Bourbonnais, IL
GLBM

| INVOICE DATE | INVOICE NUMBER | TYPE | GROSS AMOUNT | DISCOUNT DATE | DISCOUNT AMOUNT | PAYMENT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/03/07 | 00028741-002 | INVOICE | 2079.05 | | | 0.00 | 2079.05 |
| 10/03/07 | 00028752-001 | INVOICE | 2483.41 | | | 0.00 | 2483.41 |
| 10/08/07 | 00028865-002 | INVOICE | 3314.96 | | | 0.00 | 3314.96 |
| 10/11/07 | 00028912-001 | INVOICE | 31.52 | | | 0.00 | 31.52 |
| | | SUB-TOTAL | 7908.94 | | | | 7908.94 |

# GLBM
## Great Lakes Building Materials

**Statement**

P.O. Box 1339
Sugar Grove, IL  60554-1339
Phone: (630)-466-4143

Statement Date:  06/22/08

Sold-To:   DE'COR Construction
           360 Dublin Road
           Bloomingdale, IL 60108

Page  4 of  4

| ACCT#: DEC | | PHONE#:  (630)-295-9680 | | | FAX#:  (630)-295-9682 | | |
|---|---|---|---|---|---|---|---|
| **INVOICE DATE** | **INVOICE NUMBER** | **TYPE** | **GROSS AMOUNT** | **DISCOUNT DATE** | **DISCOUNT AMOUNT** | **PAYMENT** | **NET AMOUNT** |
| | | | | | | | |

THERE WILL BE A 10% RESTOCKING FEE ON ALL RETURNED MATERIALS.

If invoices not paid within 60 days, Great Lakes Building Materials,
Inc. may place a lien on subject property.  Purchaser is then
responsible for any and all costs and reasonable attorney's fees for
GLBM, Inc. to file and enforce the lien and collection of the debt.

| CURRENT AMT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | Over 120 DAYS | Gross | |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 125,101.68 | **Amt Due** | **125,101.68** |

**EXHIBIT C**

Received:                    Aug 21 2008 10:43am
08/21/2008    10:52    WELLS FARGO BUSINESS CREDIT → AL SOLOCHEK    NO.306    D002
01/21/2008    17:55    16305226402    (KIGH GATHANGLAS)    p.2
6302959682    PAGE   04/00

Aug 07 06 07:49a    DECOR CONSTRUCTION INC    6304667038    GREAT LAKES BLD MTLS
08/04/2006    16:44    6304667038

**GREAT LAKES BUILDING MATERIALS, INC.**
1960 Bucktail Lane
Sugar Grove, IL 60554
Ph. (630)466-4143
Fax (630)466-7379



# APPLICATION FOR CREDIT AND CREDIT AGREEMENT

Legal Business Name DE'COR CONSTRUCTION, INC.

Business Street Address 360 DUBLIN RD City BLOOMINGDALE State IL Zip 60108

Business Phone 630-295-9680   Business Fax 630-295-9682 Mobile 630-546-2045

Billing (Mailing Address) SAME AS ABOVE   City _____ State _____ Zip _____

Accounts Payable Contact GLENDA HAIDL

Years in Operation Under Current Business Name 2yr 8 months How long at this address? 5 months

Partner or Proprietorship:        Home # 630-924-7576

| Name | Social Security Number | Home Address | Driver's License# |
|------|------------------------|--------------|-------------------|
|      |                        |              |                   |

Corporation:                    Tax ID# 65-1211267                  Social Security#
                                                                     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
Title      Name                Home Address
President  ROB OLSZEWSKI       SAME AS ABOVE

Vice President _____

Secretary _____                                                      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
Treasurer BRIDGET OLSZEWSKI    SAME AS ABOVE

Credit References (Bank)       Branch ADDISON, IL         Account# 0204595001
Bank Name: OXFORD BANK         Phone 630-629-5020
Contact  MIKE PAWLAK

Credit References (Bank)       Branch ADDISON, IL         Account# 8348016
Bank Name: OXFORD BANK         Phone 630-629-5020
Contact  MIKE PAWLAK

Trade References (Material Suppliers). *Must provide four references.*

| Name | Address | Phone | Material Purchased |
|------|---------|-------|--------------------|
| HOME DEPOT | 295 ARMY TRAIL RD | 630-980-9331 GLENDALE HEIGHTS, IL | MISC. MATERIALS |
| ICI PAINTS | 479 THORNMILL | 630-360-0010 CAROL STREAM, IL | PAINT + STAIN |
| SHERWIN WILLIAMS | 600 W WISE RD | 630-980-1620 HANOVER PARK, IL | PAINT + STAIN |
| ALLIED DRYWALL | 222 WINDSOR | LOMBARD, IL | DRYWALL MATERIALS |

Page 1 of 2

08/21/2008　10:52　WELLS FARGO BUSINESS CREDIT → AL SOLOCHEK　　　　　NO.306　D003
01/21/2008　17:59　16309226452　　　　　RICH CHAIRAMBONE　　　　6302959882　　　p.3
Aug 07 06 07:49a　DECOR CONSTRUCTION INC　　GREAT LAKES BLD MTLS　　　　PAGE 05/06

## TERMS AND CONDITIONS

In consideration for the extension of credit to the undersigned, the undersigned acknowledges and agrees to all the following provisions:

1) All invoices shall be payable and due by the end of the month.
2) No additional credit will be extended to past due accounts unless satisfactory arrangements are made with our credit department.
3) The undersigned authorizes the seller to verify and exchange all necessary information pertaining to its account with all credit resources including but not limited to, the ones listed above.
4) The undersigned certifies that the contents of this statement are true and accurate and that no material omission of fact is contained herein.
5) The undersigned agrees to pay in the event this account becomes delinquent and it is turned over to any attorney or collection service, attorney's fees plus all court and attendant collections costs. Venue will be at sole discretion of Great Lakes Building Materials, Inc.

I have read the terms and conditions stated above and agree to all of these terms and conditions.

_____ 　　　　　 8-7-06
Authorized Signature 　　　　　　　　　　　　 Date

Robbi Olszewski
Printed Name

## PERSONAL GUARANTEE

The undersigned person guarantees all obligations of the above applicant including interest, lien costs, collection costs and attorney's fee. This guarantee may be revoked by notifying Great Lakes Building Materials, Inc. at it's corporate office in writing, sending certified mail with return receipt.

_____ 　　　　　 8-7-06
Signature 　　　　　　　　　　　　　　　　　 Date

Robbi Olszewski
Printed Name

Page 2 of 2

# De'Cor Construction Inc.

360 Dublin Road
Bloomingdale, IL 60108

Bus: 630-295-9680
Fax: 630-295-9682
Cell: 630-546-2045

**To:** Great Lakes Building Materials, Inc.

**Attn:** Kevin O'Connor

**Fax:** 630-466-7038

**From:** De'Cor Construction, Inc.

Rob Olszewski

Urgent

For Review

Please Comment

Please Reply

Message:

Date Sent: 08/07/06

Number of pages sent including cover page: 3