**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:
WELLS FARGO BANK, N.A. v. DE'COR CONSTRUCTION
and ROBERT OLSZWESKI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
WELLS FARGO BANK, N.A.

```
FILED: AUGUST 25, 2008
08CV4828
JUDGE NORGLE
MAGISTRATE JUDGE KEYS
YM
```

| | |
|---|---|
| NAME (Type or print) <br> Marc W. O'Brien | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Marc W. O'Brien | |
| FIRM <br> Bronson & Kahn LLC | |
| STREET ADDRESS <br> 150 North Wacker Drive, Suite 1400 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6188500 | TELEPHONE NUMBER <br> (312) 553-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |